1   BENJAMIN B. WAGNER
    United States Attorney
2   JUSTIN L. LEE
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   (916) 554-2700

**FILED**

FEB 04 2014



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ) | 2:13-SW-0654-CKD |
| APPLICATION OF THE UNITED STATES ) | 2:13-SW-0655-CKD |
| OF AMERICA FOR SEARCH WARRANTS ) | 2:13-SW-0656-CKD |
| CONCERNING: ) | 2:13-SW-0657-CKD |
| ) | 2:13-SW-0658-CKD |
| **8524 Florin Road** ) | 2:13-SW-0659-CKD |
| **2004 Michigan Boulevard** ) | 2:13-SW-0660-CKD |
| **3541 Sun Maiden Way** ) | 2:13-SW-0661-CKD |
| **910 Striker Avenue, Suite B** ) | 2:13-SW-0662-CKD |
| **950 Riverside Parkway, Suite 70** ) | 2:13-SW-0662-CKD |
| **23526 Rosewood Road** ) | 2:13-SW-0663-CKD |
| **1900 Danbrook Drive, Unit #1611** ) | |
| **28 W. Main Street** ) | **ORDER RE: SEARCH OF** |
| **1240 Stags Leap Road** ) | **ELECTRONIC DEVICES** |
| **5542 E. Kings Canyon Road** ) | |
| **1515 N. Willow Avenue** ) | **UNDER SEAL** |

      Upon application of the United States of America and good cause

having been shown, IT IS HEREBY ORDERED that the United States is

authorized to conduct a forensic examination of the electronic

devices identified in the Application and seized pursuant to the

above-noted search warrants for an additional period of ninety days.

///

///

///

///

1       IT IS FURTHER ORDERED THAT this Order and the United States's Ex

2   Parte Application be, and is, hereby ordered sealed until further

3   order of this Court.

4   DATED: February 4, 2014

5

6   Hon. KENDALL J. NEWMAN

7   UNITED STATES MAGISTRATE JUDGE