

1 | BENJAMIN B. WAGNER
United States Attorney
2 | JUSTIN L. LEE
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE                    ) | 2:13-SW-0654-CKD |
|---|---|
| APPLICATION OF THE UNITED STATES ) | 2:13-SW-0655-CKD |
| OF AMERICA FOR SEARCH WARRANTS ) | 2:13-SW-0656-CKD |
| CONCERNING:                             ) | 2:13-SW-0657-CKD ✓ |
|                                         ) | 2:13-SW-0658-CKD |
| 8524 Florin Road,                       ) | 2:13-SW-0659-CKD |
| 2004 Michigan Boulevard,                ) | 2:13-SW-0660-CKD |
| 3541 Sun Maiden Way,                    ) | 2:13-SW-0661-CKD |
| 910 Striker Avenue, Suite B,            ) | 2:13-SW-0662-CKD |
| 950 Riverside Parkway, Suite 70,        ) | 2:13-SW-0663-CKD |
| 23526 Rosewood Road,                    ) | 2:13-SW-0664-CKD |
| 1900 Danbrook Drive, Unit #1611,        ) |  |
| 28 W. Main Street,                      ) | ORDER RE: REQUEST TO |
| 1240 Stags Leap Road,                   ) | UNSEAL SEARCH WARRANTS |
| 5542 E. Kings Canyon Road,              ) | AND SEARCH WARRANT |
| 1515 N. Willow Avenue                   ) | AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the files in the above-captioned matters be, and are, hereby ordered unsealed.

DATED: February 27, 2014

_____
Hon. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE